617 A.2d 265

HELEN DEBERJEOIS AND HERBERT DEBERJEOIS, PLAIN-
TIFFS–RESPONDENTS, v. WILLIAM SCHNEIDER AND MA-
RIE SCHNEIDER, CITY OF LINDEN, CITY OF LINDEN
SHADE TREE COMMISSION, UNION COUNTY AND UNION
COUNTY SHADE TREE COMMISSION, DEFENDANTS–APPEL-
LANTS.

Superior Court of New Jersey
Appellate Division

Argued January 8, 1992—Decided January 27, 1992.

Before Judges DREIER and BROCHIN.

*Edward L. Thornton* argued the cause for appellants Wil-
liam and Marie Schneider (*Methfessel & Werbel,* attorneys; *Mr.
Thornton,* on the brief).

*Daniel S. Swinton* argued the cause for appellants City of
Linden and City of Linden Shade Tree Commission (*Bumgard-
ner, Hardin & Ellis,* attorneys; *Mark S. Kundla,* of counsel,
*Mr. Swinton,* on the brief).

*James A. Shafranski* argued the cause for respondents
(*Lutz, Shafranski, Gorman & Mahoney,* attorneys; *Mr. Shaf-
ranski,* on the brief).

PER CURIAM.

Defendants Schneider have appealed by leave granted from
an order denying their motion for summary judgment. Plain-
tiff was injured when she tripped on a raised portion of the
sidewalk abutting defendant Schneiders' residential property.
The tree that caused the sidewalk slab to rise was planted
approximately 4.5 feet from the house side of the sidewalk by
the Schneiders' predecessor in title, with the roots gradually
expanding until the sidewalk was raised.

Plaintiff brought his action against the property owner and the Linden Shade Tree Commission. Judge Menza denied the Schneiders' motion for summary judgment. The Schneiders successfully sought leave to appeal from this determination.

We affirm the order denying summary judgment to defendants Schneider substantially for the reasons set forth in Judge Menza's comprehensive opinion of April 19, 1991, 604 *A*.2d 210.